UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BART SHERIDAN PETRIKEN,

        Petitioner,         Case No. 1:12-cv-326

v.         Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.

_____/

### ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to stay (docket #2) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:   April 13, 2012                            /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge