UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BART SHERIDAN PETRIKEN,

        Petitioner,        Case No. 1:12-cv-326

v.        Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

### JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:   April 13, 2012        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge